IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RICHARD CRAIG GALLIEN and )
HARRY PETER GALLIEN, JR, )
)
Plaintiffs, )
) CASE NO. CV408-037
v. )
)
JERALD BINKLEY, et al., )
)
Defendants. )
)

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 51), to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiffs' "Motion to Amend and Refile Summons" (Doc. 41) and "Motion to Amend/Correct Complaint" (Doc. 46) are **DENIED**. Defendants Binkley, Fincher, Hughes, Fields, Frank, and the Liberty County Drug Task Force's Motion to Dismiss is **GRANTED** (Doc. 37), and these parties are **DISMISSED** from this case.

SO ORDERED this 14th day of November, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA